<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7214**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

NORMAN MALCOLM BARTON, a/k/a Doggie,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  Malcolm J. Howard, District Judge. (CR-88-46-H, CA-01-295-5-H)

─────────────

Submitted:  February 14, 2002      Decided:  February 22, 2002

─────────────

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Norman Malcolm Barton, Appellant Pro Se.  John Stuart Bruce, United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman Malcolm Barton seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Barton, Nos. CR-88-46-H; CA-01-295-5-H (E.D.N.C. June 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2